United States Court of Appeals
Fifth Circuit

**F I L E D**

July 30, 2007

Charles R. Fulbruge III
Clerk

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

———

No. 06-10783
Summary Calendar

———

TSEPHANYAH Y HAWKINS; YAHCHANAN Y HAWKINS

                    Plaintiffs - Appellants

v.

THE NATIONAL INSTITUTE OF REALTIME REPORTERS INC

                    Defendant - Appellee

———

Appeal from the United States District Court
for the Northern District of Texas
1:05-CV-184

———

Before SMITH, WIENER, and OWEN, Circuit Judges.

PER CURIAM:[*]

    For the reasons stated by the district court below, we AFFIRM.

———

    [*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not
be published and is not precedent except under the limited circumstances set forth in 5TH CIR.
R. 47.5.4.